**BRICK, BRICK AND ELMER, P.C.**
ATTORNEYS AND COUNSELLORS AT LAW
91 TREMONT STREET
P. O. BOX 604
NORTH TONAWANDA, NEW YORK 14120-0604

PHONE (716) 693-2335
FAX (716) 693-4972
BRICKELMER@AOL.COM

DANIEL EVANS BRICK
KENDRA S. VERGASON
SABRINA M. MAY
JOHN A. READLING

ANTHONY W. BRICK, JR.
(1909-1991)

THOMAS R. ELMER
(1945-2004)

Receipt #11091074
12/13/10 Cg

December 10, 2010

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
Olympic Towers
300 Pearl Street, Suite 250
2nd Floor
Buffalo, NY 14202

FILED DEC 13 2010 BANKRUPTCY COURT BUFFALO, N.Y.

RE: Kreamer, Harold R./Case No.: 09-11174 CLB
Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $3.11. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

_____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), or

__X__ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

| Claimant | Ecast Settlement Corp./ Assignee of HSBC Bank Nevada (BON TON) | Amount | $3.11 | Claims Register # | 8 |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

Daniel E. Brick, Trustee

**BRICK, BRICK AND ELMER, P.C.**
ATTORNEYS AND COUNSELORS AT LAW
91 TREMONT STREET
P.O. BOX 604
NORTH TONAWANDA, NEW YORK 14120-0604

PHONE (716) 693-2335
FAX (716) 693-4972

DANIEL EVANS BRICK
SABRINA M. MAY
JOHN A. READLING

ANTHONY W. BRICK, JR.
(1909–1991)

THOMAS R. ELMER
(1945–2004)

December 9, 2010

eCAST Settlement Corp./Assignee of HSBC
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Ste. 200
Tucson, AZ 85712-

Re: KREAMER, HAROLD R
     Case No.: 09-11174 CLB

Ladies and Gentlemen:

Enclosed please find a check in the amount of $3.11 representing approximately 2.23% of your claim in the above listed bankruptcy case.

Thank you for your consideration.

Very truly yours,

BRICK, BRICK & ELMER, P.C.

Daniel E. Brick
Trustee

DEB:tac
Enclosure

B10 (Official Form 10) (12/08)

Buffalo
05/22/2009   09/24/2009

| UNITED STATES BANKRUPTCY COURT ___WESTERN___ DISTRICT OF _NEW YORK_ | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Lisa A. Kreamer | Case Number: 09-11174-CLB |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
eCAST Settlement Corp, Assignee of HSBC Bank Nevada(BON TON)

Name and address where notices should be sent:
Bass & Associates, P.C.
3936 E. Ft. Lowell Suite 200
Tucson, AZ 85712

Telephone number:
(520) 577 - 1544

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: #8
(*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above):
eCAST Settlement Corporation
P.O. Box 7247-6971
Philadelphia, PA 19170-6971

Telephone number:
(520) 577 - 1544

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 139.28

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** Goods Sold
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** ************6086

   3a. Debtor may have scheduled account as: Bon Ton
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
   Describe:

   Value of Property: $_____   Annual Interest Rate ___%

   Amount of arrearage and other charges as of time case filed included in secured claim,
   if any: $_____   Basis for perfection: _____

   Amount of Secured Claim: $_____   Amount Unsecured: $ 139.28

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

FOR COURT USE ONLY

Date: 09/16/2009   Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

/s/ Jennifer Pursley   Jennifer Pursley, Authorized Representative

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.